

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00342-CV

Alma L. **GOMEZ** and Alberto F. Gomez, Individually and as Next Friend of Jorge Elias Gomez,
a Deceased Minor, and on behalf of the Estate of Jorge Elias Gomez, a Deceased Minor; and
Yolanda Medellin, Individually and as Next Friend of Jesus Medellin,
Appellants

v.

**AMERICAN HONDA MOTOR CO., INC.**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-02-26254-MCV
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Order Granting
American Honda Motor Co., Inc.'s Motion for No-Evidence Summary Judgment and Motion to
Sever is AFFIRMED.

Costs of appeal are assessed against appellants.

SIGNED July 26, 2017.

_Sandee Bryan Marion_